UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VICKI KOLLROSS,

        Plaintiff,

  v.                                          Case No. 06-C-618

LINDA S. McMAHON,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

**ORDER FOR REMAND**

      Plaintiff Vicki Kollross filed this action for judicial review of a decision denying her application for social security disability insurance benefits. In response, Linda McMahon, Acting Commissioner of Social Security, has filed a motion to remand the case to the Social Security Administration (Agency) for further proceedings pursuant to Sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Plaintiff does not oppose the Commissioner's motion.

      Accordingly, the Commissioner's motion is hereby granted and this matter is remanded to the Agency for further proceedings. On remand, the Administrative Law Judge (ALJ) will proceed through the steps of the sequential evaluation process as needed to reach a decision. As part of the evaluation process, the ALJ will further evaluate and provide a rationale for his finding as to claimant's residual functional capacity. In doing so, the ALJ will address the medical opinions in the record, including the treating source opinions and the opinions of reviewing physicians from the Wisconsin Disability Determination Service; obtain supplemental testimony from a vocational

expert; and identify and resolve any conflicts between the vocational expert testimony and the dictionary of occupational titles, particularly with respect to the claimant's past relevant work. In addition, the plaintiff will be given an opportunity to submit additional evidence and appear at a new hearing.

**SO ORDERED** this 16th day of February, 2007.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge